**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANDRE M. SALLEE,**

**Plaintiff,** :

**v.**

**Case No. 2:26-cv-1051**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Michael R. Merz**

**WARDEN, MANSFIELD CORRECTIONAL INSTITUTION,** :

**Defendant.**

# ORDER

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on August 31, 2026. (ECF No. 3.) Therein, the Magistrate Judge observed:

> A claim that one is being held imprisoned on a state court conviction beyond the time authorized by state law states a claim for unconstitutional imprisonment under the Due Process Clause of the Fourteenth Amendment. But before that claim is brough to federal court, it must first be fairly presented to a complete round of consideration in the state courts. *O'Sullivan v. Boerckel*, 526 U.S. 838, 846-7 (1999). Sallee presented his claim to the Common Pleas Court by way of a Motion for Jail-Time Credit (Attachment to Petition at ECF No. 1-1, PageID 16). However, the trial court judge, Judge Andria Noble, granted that motion in part and denied it in part on February 5, 2026. *Id.* at PageID 31-33. Judge Noble's decision was a final appealable order and under Ohio law a notice of appeal to the Franklin County (Tenth District) Court of Appeals was due to be filed not later than March 9, 2026, but Sallee took no appeal. He says he did not know how, but ignorance of the law does not excuse failure to comply. Because he did not appeal, his claim is procedurally defaulted and should be dismissed on that basis.

(*Id.*) The Magistrate Judge also found that even if Sallee's claim was not procedurally defaulted, it would still be denied on the merits, as federal habeas relief only applies to federal constitutional violations. (*Id.,* PAGEID # 54.) The question of whether Sallee is entitled to additional jail-time credit is a determination for the state court under Ohio law, not for a federal habeas court. (*Id.,* PAGEID # 54–55.)

The parties were advised of the right to file objections to the R&R and of the consequences of failing to do so. The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 3).

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**